# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

TCYK, LLC

                Plaintiff,

v.                                         Case No.: 1:13–cv–03825

                                                        Honorable Robert M. Dow, Jr

DOES 1–44

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 12,2013:

      MINUTE entry before Honorable Robert M. Dow, Jr: Pursuant to Fed.R.Civ.P. 4l(a)(1), Plaintiff dismisses with prejudice all causes of action in the complaint against the Doe Defendants with Internet Protocol addresses 71.194.78.196 (Doe No. 37); 67.162.118.104 (Doe No. 24) and 24.1.59.36 (Doe No. 27). Plaintiff is not dismissing any other Doe Defendants at this time. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If an order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.